JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HYPERTEXT TECHNOLOGIES, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZEN) CO., LTD and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 8:19-cv-02358-DOC-ADS<br><br>**ORDER LIFTING STAY AND DISMISSING ENTIRE CASE WITH PREJUDICE [50]**<br><br>District Judge: Hon. David O. Carter |

GOOD CAUSE APPEARING, based on the joint stipulation of the parties that requests lifting of the stay and dismissal of the entire action with prejudice, and their joint statement that plaintiff Hypertext Technologies, LLC and defendant Oneplus Technology (Shenzen) Co., Ltd. are the only parties to have made an appearance in this matter (Dkt. 50);

IT IS HEREBY ORDERED that the Order entered by the Court on October 26, 2020 [Dkt. 49] staying this case until November 30, 2020 and vacating all pending hearing and other dates scheduled before November 30 2020, is lifted.  All

pending dates are vacated.  This entire action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each of the parties to bear its own fees, costs and expenses.

IT IS SO ORDERED.

Dated:   November 30 , 2020

David O. Carter
_____
Honorable David O. Carter
United States District Court Judge